UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ASUA A. SCOTT,

    **Plaintiff,**

    v.         Case No. 13-CV-961

MICHAEL HAFEMANN, JOSE HERNANDEZ,
KERRI A. MCKENZIE, LT. HUTCHIN,
and ARAMARK COMPANY,

    **Defendants.**

## DECISION AND ORDER

Plaintiff, Asua A. Scott, who is proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 along with a petition to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. By order dated October 31, 2013, plaintiff was ordered to forward to the Clerk of Court by November 8, 2013, the sum of $30.50 as an initial partial filing fee in this action. Plaintiff was advised that, upon payment of this fee, the court would determine whether the action can proceed in forma pauperis. To date plaintiff has not paid this partial filing fee. From this failure to pay the initial filing fee this court infers that plaintiff no longer wants to prosecute this action.

**NOW, THEREFORE, IT IS ORDERED** that this action be and hereby is dismissed without prejudice for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 18th day of November 2013.

                                              s/ Lynn Adelman
                                              _____
                                              LYNN ADELMAN
                                              District Judge